UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARCIA WELLS, et al.,<br><br>                Plaintiff(s),<br><br>    v.<br><br>CITY OF LAS VEGAS, et al.,<br><br>                Defendant(s). | Case No. 2:21-CV-1346 JCM (EJY)<br><br>ORDER |

Presently before the court is Benjamin L. Crump's ("petitioner") verified petition for permission to practice pro hac vice. (ECF No. 9). The petition has two defects. First, there are no attached certificates of good standing from the Supreme Court of Florida and the Supreme Court of Tennessee. Second, petitioner does not state that he has been retained by plaintiffs Tina Lewis-Stevenson, Gwendolyn Lewis, Robyn Williams, and Dewain Lewis in prompt #2 of the petition (*Id.* at 1) yet these plaintiffs appoint designated resident Nevada counsel in the same petition. (*Id.* at 7–9).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petitioner's verified petition for permission to practice pro hac vice (ECF No. 9) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that petitioner shall refile a corrected petition within 14 days from this order. If petitioner does not do so, he shall again pay the admission fee for any refiled verified petition.

DATED August 9, 2021.

                                                        /s/ James C. Mahan<br>
                                                      UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**