UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCIA WELLS, et al., | Case No. 2:21-CV-1346 JCM (EJY) |
| Plaintiff(s), | ORDER |
| v. | |
| CITY OF LAS VEGAS, et al., | |
| Defendant(s). | |

Presently before the court is Bhavani Raveendran's ("petitioner") verified petition for permission to practice pro hac vice. (ECF No. 8). The petition is defective. Petitioner does not state that he has been retained by plaintiffs Tina Lewis-Stevenson, Gwendolyn Lewis, Robyn· Williams, and Dewain Lewis in prompt #2 of the petition *(Id.* at 1) yet these plaintiffs appoint designated resident Nevada counsel in the same petition. *(Id.* at 7-9).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petition er's verified petition for permission to practice pro hac vice (ECF No. 8) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that petitioner shall refile a corrected petition within 14 days from this order. If petitioner does not do so, he shall again pay the admission fee for any refiled verified petition.

DATED August 9, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**