1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

MARCIA WELLS and TEENA ACREE, )
individually & as Co-Special Administrators )
of the Estate of Byron Lee Williams; et al. )
Plaintiff(s), )
)
vs. )
CITY OF LAS VEGAS; CLARK )
COUNTY; LAS VEGAS )
METROPOLITAN POLICE DEPT.; et al. )
Defendant(s). )
_____ )

Case #2:21-cv-01346
_____

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Benjamin L. Crump_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Ben Crump Law, PLLC_____
(firm name)

with offices at _____122 S. Calhoun Street_____,
(street address)

_____Tallahassee_____, _____Florida_____, ___32301___
(city)                                    (state)                          (zip code)

___(850) 224-2020___   ___court@bencrump.com___.
(area code + telephone number)              (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by
M. Wells & T. Acree, individually & as Co-special Administrators of the Estate of Byron Lee Williams;
T. Lewis-Stevenson; G. Lewis; R. Williams; & D. Lewis to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____01-18-1996_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____Florida_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of the United States | 05/28/2002 | N/A |
| United States District Court for Northern FL | 12-21-2001 | N/A |
| United States District Court for Middle Dist. of FL | 02-15-2002 | N/A |
| United States District Court for Southern FL | 12-21-2001 | N/A |
| Supreme Court of Florida | 01/18/1996 | 72583 |
| District of Colombia Court of Appeals | 09/25/2018 | 1552623 |
| Supreme Court of Tennessee | 02/26/2020 | 038054 |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

The Florida Bar, The American Bar Association, The National Bar Association, the Tallahassee Barristers Association, and the American Association of Justice.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                 _____
                                                                   Petitioner's signature
   STATE OF _____Florida_____  )
5                                    )
   COUNTY OF _____Leon_____    )
6

7    _____Benjamin L. Crump_____ , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                                 _____
                                                                   Petitioner's signature
10  Subscribed and sworn to before me this

11  __25th__ day of __July__ , __2021__

12

13  _____
          Notary Public or Clerk of Court
14

15

16           **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
             **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

   believes it to be in the best interests of the client(s) to designate ___Patrick C. McDonnell___ ,
19                                                                              (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
   above-entitled Court as associate resident counsel in this action.  The address and email address of
21
   said designated Nevada counsel is:
22

23           _____2200 Paseo Verde Parkway, Suite 160_____ ,
                                      (street address)
24
   _____Henderson_____ , _____Nevada_____ , ___89052___ ,
25            (city)                     (state)              (zip code)

26   ___(702) 731-2333___ , ___patrick@michaelsonlaw.com___ .
        (area code + telephone number)        (Email address)
27

28                                         4                                    Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Patrick C. McDonnell_____ as

<u>(name of local counsel)</u>

his/her/their Designated Resident Nevada Counsel in this case.

_____

(party's signature)

MARCIA WELLS

(type or print party name, title)

_____

(party's signature)

Marcia Wells, M Co-Special Administrator
of the Estate of Brian Lee Williams, Deceased

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case:

_____

Designated Resident Nevada Counsel's signature

13188                          patrick@michaelsonlaw.com

Bar number                     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____

UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5   **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7   The undersigned party(ies) appoint(s) _____Patrick C. McDonnell_____ as

    (name of local counsel)

8   his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____

    (party's signature)

11  _TEENA ACREE_____

12  (type or print party name, title)

13

    _____

    (party's signature)

14  _TEENA ACREE, M Co-SPECIAL ADMINISTRATOR OF_

15  _THE ESTATE of BYRON LEE WILLIAMS DECEASED_

16  (type or print party name, title)

17  **CONSENT OF DESIGNEE**

18  The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20  _____

    Designated Resident Nevada Counsel's signature

21  13188                          patrick@michaelsonlaw.com

22  Bar number                     Email address

23

    **APPROVED:**

24  Dated: this _____ day of _____, 20___.

25

26  _____

27  UNITED STATES DISTRICT JUDGE

28                          5                          Rev. 5/16

From: Tina Lewis-Stevenson tlewisstevenson@gmail.com
Subject: SKM_558e21072015500.pdf
Date: July 21, 2021 at 11:52 AM
To: rsteven500@aol.com

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us

4

5    APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL.

6

7    The undersigned party(ies) (appoints:    Patrick C. McDonnell    as
                                            (name of local counsel)
8  his her their Designated Resident Nevada Course, in this case.

9

10                              (party's signature)

11              Tina Lewis-Stevenson
12                              (type or print party name, title)

13

14                              (party's signature)

15

16                              (type or print party name, title)

17        CONSENT OF DESIGNEE
18  The undersigned hereby consents to serve / associate resident Nevada counsel in this case

19

20  Designated Resident Nevada Counsel's signature
21  13188                          patrick@mcdonnellonlaw.com
22  Bar number                     Email address

23

24  APPROVED

25  Dated this _____ day of _____, 20___

26

27  UNITED STATES DISTRICT JUDGE

28                      5                      Rev 4:16

1 By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2 agreement and authorization for the designated resident admitted counsel to sign stipulations
3 binding on all of us.
4
5 APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL
6
7 The undersigned party(ies) appoint(s) _____ Patrick C. McDonnell _____ as
8 his/her/their Designated Resident Nevada Counsel in this case.        (name of local counsel)
9
10 _____
11 (party's signature)
12 Gwendolyn Lewis
    (type or print party name, title)
13 _____
14 (party's signature)
15 Robin Williams
16 (type or print party name, title)
17 **CONSENT OF DESIGNEE**
18 The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
19
20 _____
    Designated Resident Nevada Counsel's signature
21 13188                        patrick@michaelsonlaw.com
22 Bar number                   Email address
23
24 APPROVED:
25 Dated this _____ day of _____, 20___.
26
27 UNITED STATES DISTRICT JUDGE
28                          5                        Rev. 5/16

1    By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2    agreement and authorization for the designated resident admitted counsel to sign stipulations

3    binding on all of us.

4

5                 **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7         The undersigned party(ies) appoint(s)        Patrick C. McDonnell      as

                                                   (name of local counsel)

8    his/her/their Designated Resident Nevada Counsel in this case.

9

10                         _____

                        (party's signature)

11                         DEWAIN LEWIS

12                         (type or print party name, title)

13

14                         (party's signature)

15

16                         (type or print party name, title)

17                           **CONSENT OF DESIGNEE**

     The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20                         Designated Resident Nevada Counsel's signature

21                         13188                    patrick@michaelsonlaw.com

22                         Bar number                   Email address

23

24    APPROVED:

     Dated: August 11, 2021.

25

26

27    UNITED STATES DISTRICT JUDGE

28                                5                             Rev. 5/16

# Supreme Court of Florida

## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### BEN CRUMP

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on JANUARY 18, 1996, is presently in good standing, and that the private and professional character of the attorney appear to be good.*



*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this June 7, 2021.*

*Clerk of the Supreme Court of Florida*



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Benjamin Lloyd Crump*

was duly qualified and admitted on September 25, 2018 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 26, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Supreme Court of Tennessee

# Certificate of Good Standing

I, James M. Hivner, Clerk of the Supreme Court of the State of Tennessee, do hereby certify that

## Benjamin Lloyd Crump

is a licensed and practicing attorney of the Courts of this State, having been admitted to practice on February 26, 2020, and is presently in good standing. The Supreme Court is the Court of last resort in Tennessee.

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 29th day of July, 2021.

James M. Hivner
Clerk of the Supreme Court of Tennessee

By: _____
Lisa Miller, D.C.