**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
   Attorneys for Defendants LVMPD, Campbell, Vasquez, Gonzalez, Roman and Lombardo

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA WELLS and TEENA ACREE, individually and as Co-Special Administrators of the Estate of Byron Lee Williams, Deceased; TINA LEWIS-STEVENSON, individually as an heir; GWENDOLYN LEWIS, individually as an heir; ROBYN WILLIAMS, individually as an heir and DEWAIN LEWIS, individually as an heir,<br><br>                              Plaintiffs,<br><br>vs.<br><br>THE CITY OF LAS VEGAS, a political subdivision of the State of Nevada; CLARK COUNTY, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER PATRICK CAMPBELL, individually and as an agent of the City of Las Vegas, Clark County, and the Las Vegas Metropolitan Police Department; OFFICER BENJAMIN VASQUEZ, individually and as an agent of the City of Las Vegas, Clark County, and the Las Vegas Metropolitan Police Department; OFFICER ALEXANDER GONZALEZ, individually and as an agent of the City of Las Vegas, Clark County, and the Las Vegas Metropolitan Police Department; OFFICER ROCKY ROMAN, individually and as an agent of the City of Las Vegas, Clark County, and the Las Vegas Metropolitan Police Department; and SHERIFF JOE LOMBARDO, as agent of the City of Las Vegas, Clark County, and the Las Vegas | Case Number:<br>2:21-cv-01346-JCM-EJY<br><br><br><u>**DEFENDANTS LVMPD, CAMPBELL, VASQUEZ, GONZALEZ, ROMAN AND LOMBARDO'S ANSWER TO PLAINTIFFS' COMPLAINT**</u> |

MAC:14687-230 4460333_1 9/8/2021 1:11 PM

Metropolitan Police Department,

                      Defendants.

Defendants Las Vegas Metropolitan Police Department, Officer Patrick Campbell, Officer Benjamin Vasquez, Officer Alexander Gonzalez, Officer Rocky Roman and Sheriff Joe Lombardo ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach Coffing, hereby file their Answer to Plaintiffs' Complaint. (ECF No. 1)

## NATURE OF ACTION

1. The LVMPD Defendants admit the allegations contained in paragraphs 1 and 2 of Plaintiffs' Complaint.

## JURISDICTION AND VENUE

2. The LVMPD Defendants admit the allegations contained in paragraphs 3 and 4 of Plaintiffs' Complaint.

## THE PARTIES

3. The LVMPD Defendants deny the allegations contained in paragraphs 5, 6, 7, 8, 9, 10, 18, 19, 20 and 21 of Plaintiffs' Complaint.

4. The LVMPD Defendants admit the allegations contained in paragraphs 11, 12, 13, 14, 15, 16, 17, 22 and 30 of Plaintiffs' Complaint.

5. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraphs 23, 24, 25, 26, 27, 28 and 29 of Plaintiffs' Complaint, and therefore deny the remaining allegations.

## FACT STATEMENT

I. **LAS VEGAS METRO POLICE DEPARTMENT POLICIES IN FORCE ON SEPTEMBER 5, 2019**

6. The LVMPD Defendants admit the allegations contained in paragraphs 31, 32, 33, 34, 36, 40, 43 and 44 of Plaintiffs' Complaint.

7. The LVMPD Defendants deny the allegations contained in paragraph 35 of Plaintiffs' Complaint.

MAC:14687-230 4460333_1 9/7/2021 12:36 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

8. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraphs 37, 38, 39, 41 and 42 of Plaintiffs' Complaint, and therefore deny the remaining allegations.

## II. LAS VEGAS METRO POLICE DEPARTMENT UNCONSTITUTIONAL PRACTICES AND CUSTOMS

9. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraphs 45, 47, 48, 49, 50, 51, 52, 53 and 54 of Plaintiffs' Complaint, and therefore deny the remaining allegations.

10. The LVMPD Defendants admit the allegations contained in paragraphs 46 and 55 of the Plaintiffs' Complaint.

## III. SEPTEMBER 5, 2019

11. The LVMPD Defendants admit the allegations contained in paragraphs 56, 57, 62, 65, 66, 68, 70, 72, 75, 78, 84, 85, 88, 90, 91, 107, 115, 118, 125, 131, 139, 140, 143, 149 and 161 of the Plaintiffs' Complaint.

12. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraphs 58, 59, 60, 61, 63, 71, 73, 74, 76, 77, 79, 80, 81, 82, 83, 86, 87, 89, 94, 96, 97, 98, 99, 101, 104, 105, 106, 108, 110, 111, 113, 116, 117, 119, 121, 123, 124, 126, 127, 128, 129, 130, 132, 134, 135, 137, 138, 141, 142, 144, 145, 146, 147, 148, 150, 151, 152, 153, 154, 155, 156, 157, 158, 159 and 160 of the Plaintiffs' Complaint, and therefore deny the remaining allegations.

13. The LVMPD Defendants deny the allegations contained in paragraphs 64, 67, 69, 92, 93, 95, 100, 102, 103, 109, 112, 114, 120, 122, 133, 136 and 163 of the Plaintiffs' Complaint.

## IV. INVESTIGATION INTO THE DEATH OF BYRON LEE WILLIAMS

14. The LVMPD Defendants admit the allegations contained in paragraphs 164, 165, 166, 168, 170, 171, 172, 173, 174, 175, 176 and 182 of Plaintiffs' Complaint.

MAC:14687-230 4460333_1 9/7/2021 12:36 PM

15. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraphs 167, 177, 178, 179, 180 and 181 of the Plaintiffs' Complaint, and therefore deny the remaining allegations.

16. The LVMPD Defendants deny the allegations contained in paragraph 169 of Plaintiffs' Complaint.

### FIRST CAUSE OF ACTION

### WRONGFUL DEATH – BATTERY

### PLAINTIFFS V. DEFENDANT OFFICERS CAMPBELL, VASQUEZ, AND ROMAN

17. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraphs 183 and 192 of the Plaintiffs' Complaint, and therefore deny the remaining allegations.

18. The LVMPD Defendants admit the allegations contained in paragraph 184 of the Plaintiffs' Complaint.

19. The LVMPD Defendants deny the allegations contained in paragraphs 185, 186, 187, 188, 189, 190 and 191 of Plaintiffs' Complaint.

### SECOND CAUSE OF ACTION

### WRONGFUL DEATH – NEGLIGENCE

### PLAINTIFFS V. DEFENDANT CITY OF LAS VEGAS, DEFENDANT CLARK COUNTY, DEFENDANT LVMPD, AND DEFENDANT OFFICERS CAMPBELL, VASQUEZ, GONZALEZ AND ROMAN

20. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraphs 193 and 200 of the Plaintiffs' Complaint, and therefore deny the remaining allegations.

21. The LVMPD Defendants deny the allegations contained in paragraphs 194, 195, 197, 198 and 199 of Plaintiffs' Complaint.

22. The LVMPD Defendants admit the allegations contained in paragraph 196 of the Plaintiffs' Complaint.

MAC:14687-230 4460333_1 9/7/2021 12:36 PM

### THIRD CAUSE OF ACTION

### NEGLIGENCE – SURVIVAL

### PLAINTIFFS V. DEFENDANT CITY OF LAS VEGAS, CLARK COUNTY, LVMPD, AND OFFICERS CAMPBELL, VASQUEZ, GONZALEZ AND ROMAN

23. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraphs 201 and 207 of the Plaintiffs' Complaint, and therefore deny the remaining allegations.

24. The LVMPD Defendants deny the allegations contained in paragraphs 202, 203, 205 and 206 of Plaintiffs' Complaint.

25. The LVMPD Defendants admit the allegations contained in paragraph 204 of Plaintiffs' Complaint.

### FOURTH CAUSE OF ACTION

### BATTERY – SURVIVAL

### PLAINTIFFS V. DEFENDANT OFFICERS CAMPBELL, VASQUEZ AND ROMAN

26. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraphs 208 and 217 of Plaintiffs' Complaint, and therefore deny the remaining allegations.

27. The LVMPD Defendants deny the allegations contained in paragraphs 209, 210, 211, 212, 213, 214, 215 and 216 of Plaintiffs' Complaint.

### FIFTH CAUSE OF ACTION

### 42 U.S.C. §1983 – EXCESSIVE FORCE IN VIOLATION OF THE FOURTH AMENDMENT

### PLAINTIFFS V. DEFENDANT OFFICERS CAMPBELL, VASQUEZ, AND ROMAN

28. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraphs 218 and 240 of Plaintiffs' Complaint, and therefore deny the remaining allegations.

MAC:14687-230 4460333_1 9/7/2021 12:36 PM

29. The LVMPD Defendants deny the allegations contained in paragraphs 219, 220, 221, 222, 223, 224, 225, 226, 227, 228, 229, 230, 231, 232, 233, 234, 235, 236, 237, 238 and 239 of Plaintiffs' Complaint.

### SIXTH CAUSE OF ACTION

### 42 U.S.C. §1983 – DISREGARD OF MEDICAL NEEDS IN VIOLATION OF THE FOURTEENTH AMENDMENT

### PLAINTIFFS V. DEFENDANT OFFICERS CAMPBELL, VASQUEZ, GONZALEZ AND ROMAN

30. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraphs 241 and 260 of Plaintiffs' Complaint, and therefore deny the remaining allegations.

31. The LVMPD Defendants deny the allegations contained in paragraphs 242, 243, 244, 245, 246, 247, 248, 249, 250, 251, 252, 253, 254, 255, 256, 257, 258 and 259 of Plaintiffs' Complaint.

### SEVENTH CAUSE OF ACTION

### 42 U.S.C. §1983 – MUNICIPAL LIABILITY UNDER MONELL

### PLAINTIFFS V. DEFENDANT CITY OF LAS VEGAS, DEFENDANT CLARK COUNTY, DEFENDANT LVMPD, AND DEFENDANT SHERIFF JOE LOMBARDO

32. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraph 261 of Plaintiffs' Complaint, and therefore deny the remaining allegations.

33. The LVMPD Defendants deny the allegations contained in paragraphs 262, 263, 264, 265, 266, 267, 268, 269, 270, 271, 272, 273, 274, 275, 276, 277, 278, 279, 280, 281, 282, 283, 284, 285, 286 and 287 of Plaintiffs' Complaint.

///

///

MAC:14687-230 4460333_1 9/7/2021 12:36 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

## EIGHTH CAUSE OF ACTION

## 42 U.S.C. §1983 – RATIFICATION

## PLAINTIFFS V. DEFENDANT CITY OF LAS VEGAS, DEFENDANT CLARK COUNTY, AND DEFENDANT LVMPD

34. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraph 288 of Plaintiffs' Complaint, and therefore deny the remaining allegations.

35. The LVMPD Defendants deny the allegations contained in paragraphs 289, 290, 292, 294 and 295 of Plaintiffs' Complaint.

36. The LVMPD Defendants admit the allegations contained in paragraphs 291 and 293 of Plaintiffs' Complaint.

## NINTH CAUSE OF ACTION

## NEGLIGENT RETENTION

## PLAINTIFFS V. DEFENDANT CITY OF LAS VEGAS, DEFENDANT CLARK COUNTY, AND DEFENDANT LVMPD

37. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraphs 296, 300, 301, 302 and 303 of Plaintiffs' Complaint, and therefore deny the remaining allegations.

38. The LVMPD Defendants deny the allegations contained in paragraphs 297, 298, 299, 304, 305 and 306 of Plaintiffs' Complaint.

## TENTH CAUSE OF ACTION

## NEGLIGENT TRAINING

## PLAINTIFFS V. DEFENDANT CITY OF LAS VEGAS, DEFENDANT CLARK COUNTY, AND DEFENDANT LVMPD

39. The LVMPD Defendants are without sufficient knowledge to form an opinion as to the truth of Plaintiffs' allegations contained in paragraph 307 of Plaintiffs' Complaint, and therefore deny the remaining allegations.

MAC:14687-230 4460333_1 9/7/2021 12:36 PM

40. The LVMPD Defendants deny the allegations contained in paragraphs 308, 309, 310, 311, 312, 313, 314 and 315 of Plaintiffs' Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' suit fails to state a claim for relief as they failed to allege a violation of a right, privilege, or immunity secured by the United States Constitution or by the laws of the United States.

### SECOND AFFIRMATIVE DEFENSE

These Answering Defendants did not act deliberately indifferent to Plaintiffs' constitutional rights.

### THIRD AFFIRMATIVE DEFENSE

The complained of acts of these Answering Defendants were justified and privileged under the circumstances.

### FOURTH AFFIRMATIVE DEFENSE

At all times mentioned in Plaintiffs' Complaint, these Answering Defendants acted in good faith belief that their actions were legally justifiable.

### FIFTH AFFIRMATIVE DEFENSE

These Answering Defendants did not implement an unconstitutional custom, practice, or policy.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims of constitutional violation are unsupported in both fact and law, as Plaintiffs have not alleged sufficient basis from which a constitutional interest might arise in conjunction with the alleged actions.

### SEVENTH AFFIRMATIVE DEFENSE

To the extent Plaintiffs' causes of actions against these Answering Defendants sound in negligence, no recovery can be predicated upon 42 USCA §1983.

MAC:14687-230 4460333_1 9/7/2021 12:36 PM

### EIGHTH AFFIRMATIVE DEFENSE

Any injuries allegedly sustained by Plaintiffs were the result of Decedent Byron Lee Williams' own negligence and/or actions.

### NINTH AFFIRMATIVE DEFENSE

The Defendant Officers are entitled to qualified immunity.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs cannot recover punitive or exemplary damages against Defendant LVMPD.

### ELEVENTH AFFIRMATIVE DEFENSE

The claims and each of them are barred by Plaintiffs' failure to plead those claims with particularity.

### TWELFTH AFFIRMATIVE DEFENSE

These Answering Defendants reserve the right to amend these Affirmative Defenses as discovery unfolds and new information is discovered.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' state law claims are capped at $100,000 pursuant to NRS 41.025.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' state law claims involve discretionary functions for which these Answering Defendants are immune pursuant to NRS 41.032.

WHEREFORE, the LVMPD Defendants pray for judgment as follows:

1. That Plaintiffs take nothing by virtue of their Complaint on file herein and that the same be dismissed with prejudice;

2. For an award of reasonable attorney fees and costs of suit incurred in the defense of this action; and

///

///

MAC:14687-230 4460333_1 9/8/2021 1:13 PM

3. For such other and further relief as this Court may deem just and proper in the premises.

Dated this 15th day of September, 2021.

MARQUIS AURBACH COFFING

By /s/ Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD,
Campbell, Vasquez, Gonzalez, Roman and
Lombardo

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **DEFENDANTS LVMPD, CAMPBELL, VASQUEZ, GONZALEZ, ROMAN AND LOMBARDO'S ANSWER TO PLAINTIFFS' COMPLAINT** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 15th day of September, 2021.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants: n/a

/s/ Sherri Mong
an employee of Marquis Aurbach Coffing

MAC:14687-230 4460333_1 9/7/2021 12:36 PM