Patrick C. McDonnell, Esq.
Nevada Bar No. 13188
patrick@michaelsonlaw.com
**MICHAELSON &ASSOCIATES, LTD.**
2200 Paseo Verde Parkway, Suit02e 160
Henderson, Nevada 89052
Tel: (702) 731-2333

Antonio M. Romanucci (*Pro Hac Vice*)
Bhavani Raveendran (*Pro Hac Vice*)
aromanucci@rblaw.net
braveendran@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street Suite 900
Chicago, Illinois 60654
Telephone: (312) 458-1000

Benjamin J. Crump (*Pro Hac Vice*)
ben@crumplaw.com
**CRUMP LAW**
717 D Street N.W., Suite 310
Washington, D.C. 20004
Phone: 800-859-9999

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| MARCIA WELLS and TEENA ACREE, individually and as Co-Special Administrators of the Estate of Byron Lee Williams, Deceased, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants. | **CASE No.: 2:21-cv-01346**<br><br>**<u>STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF'S</u>**<br><br>**26(A)(2) EXPERT DISCLOSURES** |

Pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure and Local Rule 26-3, Plaintiffs, Marcia Wells, Teena Acree, Tina Lewis-Stevenson, Gwendolyn Lewis, Robyn Williams, and Dewain Lewis (hereinafter, the "Plaintiffs") and Defendants Las Vegas Metropolitan Police Department, Officer Patrick Campbell, Officer Benjamin Vasquez, Officer Alexander Gonzalez, and Officer Rocky Roman (hereinafter, the "Defendants"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Plaintiff's to complete their FRCP 26(a)(2) disclosures. This Stipulation is being entered in good faith and not for purposes of delay.

I. **STATUS OF DISCOVERY.**

The parties have completed all but two depositions and have been working together to meet all pending deadlines.

II. **DISCOVERY THAT REMAINS TO BE COMPLETED.**

The parties have two controlled fact witness depositions and expert disclosures to complete by the discovery deadline of December 10, 2022 and are on track to do so.

III. **SPECIFIC DESCRIPTION OF WHY EXTENSION IS NECESSARY.**

Pursuant to Local Rule 26-3, the Parties submit that good causes exist for the extension requested. The Parties have been diligently conducting discovery and continue to conduct discovery. However, additional time is needed for Plaintiff's expert disclosure, currently due October 10, 2022, because lead Plaintiff's counsel has trials set for October 12, 2022 and October 24, 2022 that have had unexpected complications. Namely, that lead Plaintiff's Counsel's office has had another two trials that have gone forward in the month of October. In addition, Plaintiff's expert has been unexpectedly required to testify in three different trials over

the course of the last few weeks. These matters make it unlikely Plaintiffs' counsel will be able to complete expert disclosures by the previously agreed upon October 10, 2022 date.

IV. ~~PROPOSED~~ SCHEDULE FOR COMPLETING REMAINING DEADLINES

|  | **Current Deadline** | **~~Proposed~~ New Deadline** |
|---|---|---|
| Plaintiffs Initial Expert Disclosures | October 10, 2022 | October 28, 2022 |

Based on the foregoing stipulation and proposed deadlines plan, the Parties request that the Discovery Plan and Scheduling Order deadlines be extended as stated herein, so that the parties may disclose experts.

**IT IS SO STIPULATED AND AGREED.**

DATED this 6th day of October, 2022     DATED this 6th day of October, 2022

**ROMANUCCI & BLANDIN, LLC**     **MARQUIS AURBACH COFFING**

/s/ Bhavani Raveendran     /s/ Craig R. Anderson
Bhavani K. Raveendran     Craig R. Anderson
321 N. Clark St., Ste. 900     Nevada Bar No. 6882
Chicago, IL 60654     10001 Park Run Drive
Telephone: 312-458-1000     Las Vegas, NV 89145
Facsimile: 312-458-1004     Telephone: (702) 382-0711
Email: b.raveendran@rblaw.net     Fax: (702) 382-5816
*Attorney for Plaintiffs*     *Attorney for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  October 7, 2022