**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
Attorneys for Defendants LVMPD, Campbell, Vasquez, Gonzalez, Roman and Lombardo

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA WELLS and TEENA ACREE, individually and as Co-Special Administrators of the Estate of Byron Lee Williams, Deceased; TINA LEWIS-STEVENSON, individually as an heir; GWENDOLYN LEWIS, individually as an heir; ROBYN WILLIAMS, individually as an heir and DEWAIN LEWIS, individually as an heir,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER PATRICK CAMPBELL, individually and as an agent of the City of Las Vegas, Clark County, and the Las Vegas Metropolitan Police Department; OFFICER BENJAMIN VASQUEZ, individually and as an agent of the City of Las Vegas, Clark County, and the Las Vegas Metropolitan Police Department; OFFICER ALEXANDER GONZALEZ, individually and as an agent of the City of Las Vegas, Clark County, and the Las Vegas Metropolitan Police Department; OFFICER ROCKY ROMAN, individually and as an agent of the City of Las Vegas, Clark County, and the Las Vegas Metropolitan Police Department; and SHERIFF JOE LOMBARDO, as agent of the City of Las Vegas, Clark County, and the Las Vegas Metropolitan Police Department,<br><br>Defendants. | Case No.:   2:21-cv-01346-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR:**<br><br>1. **PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 58);**<br><br>2. **PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION IN *LIMINE* (ECF NO. 59);**<br><br>3. **DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTIONS IN *LIMINE* (ECF NO. 62, 63, AND 64)**<br><br>**(FIRST REQUEST):** |

/ / /

/ / /

M&A:14687-230 5069067_1 4/26/2023 11:34 AM

The Parties hereby stipulate and agree to the following:

1. On April 21, 2023, the Defendants filed a Motion for Summary Judgment. (ECF No. 58). The current deadline for the Plaintiffs to respond to the Defendants' Motion for Summary Judgment is May 12, 2023.

2. On April 21, 2023, the Defendants filed a Motion in *Limine* to Exclude the Testimony of Zelda Okia, M.D. (ECF No. 59) The Plaintiffs' opposition is currently due on May 5, 2023.

3. On April 21, 2023, the Plaintiffs filed: (a) Motion in *Limine* to Exclude Dr. Gary Vilke's Testimony (ECF No. 62); (b) Motion in *Limine* to Exclude Jack Ryan's Testimony (ECF No. 63); and (3) Motion in *Limine* to Exclude Clarence Chapman's Testimony (ECF No. 64). The Defendants' oppositions are currently due May 5, 2023.

4. On April 24, 2023, the Parties met and conferred regarding the above-referenced motions and agreed that additional time is required to adequately respond the pending motions.

5. Good cause exists for this request. Plaintiffs' counsel is currently responding to a summary judgment motion, *Daubert* motions, and other motions in *limine* in unrelated cases. Those responsive pleadings are due in May 2023. Defense counsel is currently drafting two Ninth Circuit Court appellate briefs, a motion for summary judgment in an unrelated case, and responding to a motion for summary judgment in another case. All of these pleadings are also due in May 2023.

6. Due to these conflicts, both parties agree that Plaintiffs' response to Defendants' Motion for Summary Judgment and Motion in *Limine* and the Defendants' responses to the Plaintiffs' motions in *limine* be extended to **June 14, 2023**.

IT IS SO STIPULATED this 26th day of April, 2023.

| MARQUIS AURBACH | ROMANUCCI & BLANDIN, LLC |
|---|---|
| By: *s/Craig R. Anderson* <br> Craig R. Anderson, Esq. <br> Nevada Bar No. 6882 <br> 10001 Park Run Drive <br> Las Vegas, Nevada 89145 <br> Attorneys for LVMPD Defendants | By: *s/Javier Rodriguez, Jr.* <br> Javier Rodriguez, Jr., Esq. <br> (Pro Hac Vice) <br> 321 N. Clark St., Ste. 900 <br> Chicago, Illinois 60654 <br> Attorney for Plaintiffs |

M&A:14687-230 5069067_1 4/26/2023 11:34 AM

**ORDER**

IT IS SO ORDERED that:

(1) Plaintiffs' response to Defendants' Motion for Summary Judgment is due June 14, 2023;

(2) Plaintiffs' response to Defendants' Motion in *Limine* to Exclude Testimony of Dr. Okia is due June 14, 2023;

(3) Defendants' response to Plaintiffs' Motion in *Limine* to Exclude Dr. Gary Vilke's Testimony is due June 14, 2023;

(4) Defendants' response to Plaintiffs' Motion in *Limine* to Exclude Jack Ryan's Testimony is due June 14, 2023; and

(5) Defendants' response to Plaintiffs' Motion in *Limine* to Exclude Clarence Chapman's Testimony is due June 14, 2023.

DATED April 27, 2023.

_____
United States District Court Judge

M&A:14687-230 5069067_1 4/26/2023 11:34 AM