Patrick C. McDonnell, Esq.
Nevada Bar No. 13188
patrick@michaelsonlaw.com
**MICHAELSON &ASSOCIATES, LTD.**
2200 Paseo Verde Parkway, Suit02e 160
Henderson, Nevada 89052
Tel: (702) 731-2333

Antonio M. Romanucci (*Pro Hac Vice*)
Bhavani Raveendran (*Pro Hac Vice*)
Javier Rodriguez, Jr. (*Pro Hac Vice*)
aromanucci@rblaw.net
braveendran@rblaw.net
jrodriguez@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street Suite 900
Chicago, Illinois 60654
Telephone: (312) 458-1000

Benjamin J. Crump (*Pro Hac Vice*)
ben@crumplaw.com
**CRUMP LAW**
717 D Street N.W., Suite 310
Washington, D.C. 20004
Phone: 800-859-9999

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA WELLS and TEENA ACREE, individually and as Co-Special Administrators of the Estate of Byron Lee Williams, Deceased, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | **CASE No.: 2:21-cv-01346**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR:**<br><br>1. **PLATINIFFS TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO 58);**<br><br>2. **PLAINTIFFS TO RESPOND** |

[First Amended Discovery Plan and Scheduling Order] - 1

         **TO DEFENDANTS' MOTION IN *LIMINE* (ECF NO. 59)**

         3. **DEFENDANTS TO RESPOND TO PLAINTIFFS' MOTIONS IN *LIMINE* (ECF NOS. 62, 63, AND 64)**

         **(SECOND REQUEST):**

The Parties hereby stipulate and agree to the following:

1. On April 21, 2023, the Defendants filed a Motion for Summary Judgment. (ECF No. 58). The original deadline for the Plaintiffs to respond to the Defendants' Motion for Summary Judgment was May 12, 2023.

2. On April 21, 2023, the Defendants filed a Motion in *Limine* to Exclude the Testimony of Zelda Okia, M.D. (ECF No. 59) The Plaintiffs' opposition was originally due on May 5, 2023.

3. On April 21, 2023, the Plaintiffs filed: (a) Motion in *Limine* to Exclude Dr. Gary Vilke's Testimony (ECF No. 62); (b) Motion in *Limine* to Exclude Jack Ryan's Testimony (ECF No. 63); and (3) Motion in *Limine* to Exclude Clarence Chapman's Testimony (ECF No. 64). The Defendants' oppositions were originally due May 5, 2023.

4. On April 26, 2023, the parties by agreement filed a stipulation to continue deadlines for all responses to June 14, 2023 (ECF No. 65) which this Court granted.

5. Good cause exists for this request. Plaintiffs' counsel just responded to two summary judgment responses and three *Daubert* motions until the end of May. In the first week of June, Plaintiffs' counsel prepared for two oral arguments before the 7th Circuit and

currently is responding to two motions for summary judgment due in another matter by the end of June. Defense counsel just finished drafting two Ninth Circuit Court appellate briefs, a motion for summary judgment in an unrelated case, and responding to a motion for summary judgment in another case. All of these pleadings were due in late May 2023.

6. Due to these conflicts, both parties agree that Plaintiffs' response to Defendants' Motion for Summary Judgment and Motion in *Limine* and the Defendants' responses to the Plaintiffs' motions in *limine* be extended to **June 21, 2023**.

IT IS SO STIPULATED this 9th day of June, 2023.

**IT IS SO STIPULATED AND AGREED.**

| DATED this 25th day of February, 2022 | DATED this 25th day of February, 2022 |
|---|---|
| **ROMANUCCI & BLANDIN, LLC** | **MARQUIS AURBACH** |
| /s/ Bhavani Raveendran | /s/ Craig R. Anderson |
| Bhavani K. Raveendran | Craig R. Anderson |
| Javier Rodriguez, Jr. | Nevada Bar No. 6882 |
| 321 N. Clark St., Ste. 900 | 10001 Park Run Drive |
| Chicago, IL 60654 | Las Vegas, NV 89145 |
| Telephone: 312-458-1000 | Telephone: (702) 382-0711 |
| Facsimile: 312-458-1004 | Fax: (702) 382-5816 |
| Email: b.raveendran@rblaw.net | *Attorney for Defendants* |
| jrodriguez@rblaw.net | |
| *Attorney for Plaintiffs* | |

**ORDER**

**IT IS SO ORDERED that:**

(1)   Plaintiffs' response to Defendants' Motion for Summary Judgment is due June 21, 2023;

(2)   Plaintiffs' response to Defendants' Motion in *Limine* to Exclude Testimony of Dr. Okia is due June 21 2023;

(3)   Defendants' response to Plaintiffs' Motion in *Limine* to Exclude Dr. Gary Vilke's Testimony is due June 21, 2023;

(4)   Defendants' response to Plaintiffs' Motion in *Limine* to Exclude Jack Ryan's Testimony is due June 21, 2023; and

(5)   Defendants' response to Plaintiffs' Motion in *Limine* to Exclude Clarence Chapman's Testimony is due June 21, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED:   June 9, 2023