Patrick C. McDonnell, Esq.
Nevada Bar No. 13188
patrick@michaelsonlaw.com
**MICHAELSON &ASSOCIATES, LTD.**
9930 W. Flamingo Road, Suite 105
Las Vegas, NV 89147
Tel: (702) 731-2333

Antonio M. Romanucci (*Pro Hac Vice*)
aromanucci@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street Suite 900
Chicago, Illinois 60654
Telephone: (312) 458-1000

Bhavani Raveendran (*Pro Hac Vice*)
bhavani@brwarrierlaw.com
**RAVEENDRAN LAW LLC**
4849 N. Milwaukee Avenue, Suite 700
Chicago, Illinois 60630
Telephone: (872) 361-2302

Benjamin J. Crump (*Pro Hac Vice*)
ben@crumplaw.com
**CRUMP LAW**
717 D Street N.W., Suite 310
Washington, D.C. 20004
Phone: 800-859-9999

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCIA WELLS and TEENA ACREE, individually and as Co-Special Administrators of the Estate of Byron Lee Williams, Deceased, et al.,<br><br>         Plaintiffs,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>         Defendants. | **CASE No.: 2:21-cv-01346**<br><br>**<u>JOINT MOTION FOR ADDITIONAL TIME TO FILE JOINT PRE-TRIAL ORDER</u>** |

Plaintiffs MARCIA WELLS and TEENA ACREE, individually and as Co-Special Administrators of the Estate of BYRON LEE WILLIAMS, Deceased, TINA LEWIS-STEVENSON, individually as an heir, GWENDOLYN LEWIS, individually as an heir; ROBYN WILLIAMS, individually as an heir, and DEWAIN LEVIS, individually as an heir, by and through their attorneys, MICHAELSON & ASSOCIATES, LTD., ROMANUCCI & BLANDIN, LLC., and CRUMP LAW, and respectfully requests this Honorable Court grant the parties' Joint Motion for Additional Time to File Joint Pre-Trial Order. In support thereof, Plaintiff states as follows:

1. On January 23, 2023, a final scheduling order was set in the matter setting the deadline for dispositive motions to and including April 23, 2023 and the Pretrial Order deadline as May 1, 2023, through the fourth request for extension by the parties.
2. Said deadlines were docketed and duly noted.
3. On April 21, 2023, Defendants submitted their Motion for Summary Judgment in the above-referenced Matter. Doc. 58.
4. On April 21, 2023, Defendants submitted a motion *in limine* against Plaintiff's expert, Dr. Okia.
5. On April 21, 2023, Plaintiffs submitted three motions *in limine Daubert* against Defendants' experts.
6. On May 1, 2023, believing that the deadline for the pretrial order would be suspended pending ruling on the dispositive motions, the parties did not file a Pre-Trial Order.
7. On June 9, 2023, this Honorable Court granted the parties until June 21, 2023 to respond to all motions.
8. By July 5, 2023, both parties had completed briefing for the six filed dispositive motions, including replies.
9. On May 7, 2024, the parties' received this Honorable Court's ruling on the pending dispositive motions.

10. Through mistake, inadvertence, and scrivener's error the parties failed to docket the 30 day deadline for a Pre-Trial Order to be filed following ruling on dispositive motions according to Local Rule 26-1(b)(5).

11. Counsel in good faith missed the docketing of the deadline for the Pre-Trial Order, due in part to the following events occurring within the immediate time-period surrounding when the ruling was received:

    a. From May 22, 2024 through May 25, 2024, undersigned counsel was out of state for another case matter.

    b. On May 31, 2024 through June 5, 2024, undersigned counsel was out of the country.

    c. On June 13, 2024 through June 15, 2024, undersigned counsel was conducting a three out of state day mock trial.

    d. On June 24, 2024, counsel for the Plaintiffs Bhavani Raveendran started a 7 day trial in the USDC for the Central District of Illinois.

    e. Immediately following the trial, during the summer of 2024, the two staff members responsible for docketing for the above-captioned matter ceased their employment at Romanucci & Blandin, LLC.

    f. On August 7, 2024, Attorney Javier Rodriguez of Romanucci & Blandin, LLC filed his motion to withdraw in the above captioned matter.

12. During the Fall of 2024, Counsel for both parties, believing they were waiting for further Court order, a deadline to be set for a Pre-Trial order, or a trial date to be set, continued to communicate with one another to determine if next steps should be taken but out of an abundance of caution and respect, did not contact the Court.

13. At that time, Plaintiffs' counsel did not contact the Court believing it would not be appropriate and that the Court would advise through further court order.

14. On March 7, 2025, Attorney Bhavani Raveendran left the employment of Romanucci & Blandin, LLC, but remained as co-counsel on the present matter.

15. On March 13, 2025, Attorney Bhavani Raveendran reached out to Defendants' Counsel to express a desire to contact the Court regarding the remaining deadlines.
16. After said communication, Counsel for all parties checked the Local Rules and realized that the deadline had inadvertently missed during June of 2024.
17. Here, the parties are seeking the Court's relief where there has been excusable neglect due to the confusion of multiple staffing changes and a trial occurring immediately following ruling on the dispositive motions, causing an inadvertent failure to diary the deadline for the Pre-Trial Order.
18. When an act may or must be done within a specified time, the court may, for good cause, extend the time: on motion made after the time has expired if the party failed to act because of excusable neglect. Fed. R. of Civ. Pro. 6(b)(1)(B).
19. Accordingly, to avoid any more delay, the parties seek to and including April 30, 2025 to confer and file a joint Pre-Trial Order.
20. Counsel for the Defendants have indicated they join this motion.
21. No trial date has yet been set in this matter.
22. This motion is brought in good faith and is not intended to delay any adjudication of this matter.

///

WHEREFORE, Plaintiffs respectfully requests that this Honorable Court enter an Order granting Joint Motion for Additional Time to File Joint Pre-Trial Order, to and including April 30, 2025, and any further relief that this Court deems appropriate and just.

**Dated:  March 21, 2025**

Respectfully Submitted,

/s/ Bhavani Raveendran.
*One of Plaintiffs' Attorneys*

Patrick C. McDonnell, Esq.
Nevada Bar No. 13188
patrick@michaelsonlaw.com
**MICHAELSON &ASSOCIATES, LTD.**
9930 W. Flamingo Road, Suite 105
Las Vegas, NV 89147
Tel: (702) 731-2333

Antonio M. Romanucci (*Pro Hac Vice*)
aromanucci@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street Suite 900
Chicago, Illinois 60654
Telephone: (312) 458-1000

Bhavani Raveendran (*Pro Hac Vice*)
bhavani@brwarrierlaw.com
**RAVEENDRAN LAW LLC**
4849 N. Milwaukee Avenue, Suite 700
Chicago, Illinois 60630
Telephone: (872) 361-2302

Benjamin J. Crump (*Pro Hac Vice*)
ben@crumplaw.com
**CRUMP LAW**
717 D Street N.W., Suite 310
Washington, D.C. 20004
Phone: 800-859-9999

/s/ Craig Anderson

*On Behalf of Defendants*

Craig Anderson
MARQUIS & AURBACH
10001 Park Run Drive
Las Vegas, NV 89145
(702)382-5816
canderson@maclaw.com

**IT IS SO ORDERED**.

United States Magistrate Judge

**Dated**: March 21, 2025