Patrick C. McDonnell, Esq.
Nevada Bar No. 13188
patrick@michaelsonlaw.com
**MICHAELSON LAW**
9930 W. Flamingo Road, Suite 105
Las Vegas, NV 89147
Tel: (702) 731-2333

Antonio M. Romanucci (*Pro Hac Vice*)
aromanucci@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street Suite 900
Chicago, Illinois 60654
Telephone: (312) 458-1000

Bhavani Raveendran (*Pro Hac Vice*)
bhavani@brwarrierlaw.com
**RAVEENDRAN LAW LLC**
4849 N. Milwaukee Avenue, Suite 700
Chicago, Illinois 60630
Telephone: (872) 361-2302

Benjamin J. Crump (*Pro Hac Vice*)
ben@crumplaw.com
**CRUMP LAW**
717 D Street N.W., Suite 310
Washington, D.C. 20004
Phone: 800-859-9999

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCIA WELLS and TEENA ACREE, individually and as Co-Special Administrators of the Estate of Byron Lee Williams, Deceased; TINA LEWIS-STEVENSON, individually as an heir; GWENDOLYN LEWIS, individually as an heir; ROBYN WILLIAMS, individually as an heir and DEWAIN LEWIS, individually as an heir,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of | Case Number:<br>2:21-cv-01346-APG-EJY<br><br>**JOINT STATUS REPORT** |

the State of Nevada; et. al.,

                Defendants.

Defendants, by and through their attorneys of record, Marquis Aurbach and Plaintiffs, by and through their attorneys of record, Raveendran Law LLC, hereby jointly update the Court per the Minute Order (ECF No. 101).

1. The parties have executed the Settlement Agreement and Release.

2. The parties' settlement has been approved by the Fiscal Affairs Committee.

3. The details of the settlement have been forwarded to the respective parties who will now need to request the settlement check.

4. Additionally, a Petition to Approve the Settlement is to be filed with the Eighth Judicial District Court of Nevada Probate Court this week, but the hearing on that petition likely will not occur until approximately thirty (30) days after the filing of the Petition.

5. Therefore, the parties estimate they will need an additional forty-five (45) days in order to receive the settlement funds, obtain the Probate Court approval of the settlement, and file the dismissal papers.

6. If the funds are received earlier than the forty-five (45) days, the parties will file their dismissal papers.

7. This request is not done for the purpose of delay but is made in good faith given the parties' settlement discussions to date.

Dated this 4th day of November, 2025.

| MARQUIS AURBACH | RAVEENDRAN LAW LLC |
|---|---|
| By: _s/Craig R. Anderson_<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorney for LVMPD Defendants | By: _s/Bhavani Raveendran_<br>Bhavani Raveendran, Esq.<br>Pro Hac Vice<br>Illinois Bar No. 6309968<br>4849 N. Milwaukee Avenue, Suite 700<br>Chicago, Illinois 60630<br>Attorneys for Plaintiff |