Patrick C. McDonnell, Esq.
Nevada Bar No. 13188
patrick@michaelsonlaw.com
**MICHAELSON LAW**
9930 W. Flamingo Road, Suite 105
Las Vegas, NV 89147
Tel: (702) 731-2333

Antonio M. Romanucci (*Pro Hac Vice*)
aromanucci@rblaw.net
**ROMANUCCI & BLANDIN, LLC**
321 North Clark Street Suite 900
Chicago, Illinois 60654
Telephone: (312) 458-1000

Bhavani Raveendran (*Pro Hac Vice*)
bhavani@brwarrierlaw.com
**RAVEENDRAN LAW LLC**
4849 N. Milwaukee Avenue, Suite 700
Chicago, Illinois 60630
Telephone: (872) 361-2302

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA WELLS and TEENA ACREE, individually and as Co-Special Administrators of the Estate of Byron Lee Williams, Deceased, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., <br><br> Defendants. | **CASE No.: 2:21-cv-01346** <br><br> **STIPULATION OF DISMISSAL OF ENTIRE CASE** |

NOW COME Plaintiffs, MARCIA WELLS and TEENA ACREE, individually and as Co-Special Administrators of the Estate of Byron Lee Williams, Deceased, et al., and Defendants, by and through their respective counsel, and hereby agree and stipulate as follows:

1

(1) That pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire case is hereby voluntarily dismissed with prejudice pursuant to settlement.

(2) That each side is to bear its own costs and fees.

(3) That this Court may retain jurisdiction for the sole purpose of enforcing this Stipulation.

**IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| DATED this 28th day of January, 2026 | DATED this 28th day of January, 2026 |
| **ROMANUCCI & BLANDIN, LLC** | **MARQUIS AURBACH COFFING** |
| /s/ Bhavani K. Raveendran | /s/ Craig R. Anderson |
| Patrick C. McDonnell, Esq.<br>Nevada Bar No. 13188<br>MICHAELSON LAW<br>9930 W. Flamingo Road, Suite 105<br>Las Vegas, NV 89147<br>Tel: (702) 731-2333 | Craig R. Anderson<br>Nevada Bar No. 6882<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Telephone: (702) 382-0711<br>Fax: (702) 382-5816<br>*Attorney for Defendants* |
| Antonio M. Romanucci (*Pro Hac Vice)*<br>ROMANUCCI & BLANDIN, LLC<br>321 North Clark Street Suite 900<br>Chicago, Illinois 60654<br>Telephone: (312) 458-1000 | |
| Bhavani Raveendran (*Pro Hac Vice)*<br>RAVEENDRAN LAW LLC<br>4849 N. Milwaukee Avenue, Suite 700<br>Chicago, Illinois 60630<br>Telephone: (872) 361-2302<br>*Attorney for Plaintiffs* | |

IT IS SO ORDERED:

Dated:____January 29, 2026____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2